UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WALTON AVENUE ASSOCIATES, LLC.          :
                        Plaintiff,         :
                                                           :  No. 19-CV-10245(LAP)
            -against-                         :
                                                           :  **JUDGMENT**
KYLE BRAGG, as Trustee and the Trustees of 32 BJ :
North Health Fund, 32BJ North Legal Services Fund, :
Building Service 32BJ Thomas Shortman Training  :
Scholarship and Safety Fund, the Building Service :
32BJ Supplemental Retirement and Savings Fund   :
(SRSP)                                                                     :
                       Defendant.           :
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated November 18, 2020, that Walton Avenue Associates, LLC, (the "Plaintiff" herein), the Plaintiff's petition to vacate the arbitration Award is DENIED, and Kyle Bragg, as Trustee and the Trustees of 32BJ North Health Fund, 32BJ North Legal Services Fund, Building Service 32BJ Thomas Shortman Training Scholarship and Safety Fund, the Building Service 32BJ Supplemental Retirement and Savings Fund (SRSP), ( the "Defendants")  herein, the Defendants' cross petition to confirm is GRANTED; and judgment is entered against the Plaintiff in the amount of  $173,124.17, plus (1) pre-judgment interest on the unpaid principal amount due of ($109,330.54), calculated at the rate of 9% per-annum, from September 1, 2019 through November 18, 2020, in the amount of $11,969.59; (2) plus post-judgment interest, calculated from the date the Clerk of Court enters judgment until the date of payment, at the rate set forth in 28 U.S.C. § 1961, which was (.0975), for the prior calendar week.

                                               SO  ORDERED

                                            */s/ Loretta A. Preska*

**Dated:** December 30, 2020                    LORETTA A. PRESKA
                                                United States District Judge